FILED
DEC 16 2005
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CRIMINAL NO. 05-30196-WDS |
| vs. | ) |
| SAMUEL R. HOGSETT, | ) Title 18, |
| | ) United States Code, |
| | ) Section 922(g)(1) |
| Defendant. | ) |

## INDICTMENT

**THE GRAND JURY CHARGES:**

On or about July 16, 2005, in Madison County, Illinois, within the Southern District of Illinois,

**SAMUEL R. HOGSETT,**

defendant herein, having previously been convicted on March 8, 2004, of a felony punishable by imprisonment for a term exceeding one year; namely, Aggravated Robbery, a Class One felony, in Cause No. 03-CF-3225, in the Third Judicial Circuit Court of Madison County, Illinois, did knowingly possess, in and affecting commerce, a firearm, that is a Bryco Arms, Model J-22, .22-caliber semi-automatic firearm, bearing serial number 1071307; all in violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL

_____
FOREPERSON

_____
THOMAS M. DALY
Assistant United States Attorney

_____
EDWARD E. McNALLY
United States Attorney

Recommended Bond: Detention