FILED
MAR 2 2 2006
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CRIMINAL NO. 05-30196-WDS |
| vs. | ) |
| | ) Title 18, United States Code, |
| SAMUEL R. HOGSETT, | ) Sections 922(g)(1) & 924(c); |
| a/k/a "Junior," | ) Title 21, United States Code, |
| | ) Sections 841(a)(1) & 841(b)(1)(B) |
| Defendant. | ) |

## SUPERSEDING INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1

On or about July 16, 2005, in Madison County, Illinois, within the Southern District of Illinois,

**SAMUEL R. HOGSETT,**
**a/k/a "Junior,"**

defendant herein, having previously been convicted on March 8, 2004, of a felony punishable by imprisonment for a term exceeding one year; namely, Aggravated Robbery, a Class One felony, in Cause No. 03-CF-3225, in the Third Judicial Circuit Court of Madison County, Illinois, did knowingly possess, in and affecting commerce, a firearm, that is a Bryco Arms, Model J-22, .22-caliber semi-automatic pistol, bearing serial number 1071307; all in violation of Title 18, United States Code, Section 922(g)(1).

### COUNT 2

On or about July 16, 2005, in Madison County, Illinois, within the Southern District of Illinois,

**SAMUEL R. HOGSETT,**
a/k/a "Junior,"

defendant herein, did knowingly and intentionally possess with the intent to distribute approximately 0.5 grams of a mixture or substance containing cocaine, a Schedule II Narcotic Controlled Substance; all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

### COUNT 3

On or about July 16, 2005, in Madison County, Illinois, within the Southern District of Illinois,

**SAMUEL R. HOGSETT,**
a/k/a "Junior,"

defendant herein, during and in relation to a drug-trafficking crime, to wit, Possession With Intent to Distribute approximately 0.5 grams of a mixture or substance containing cocaine, a Schedule II Narcotic Controlled Substance, as alleged in Count 2 of this Superseding Indictment, possessed the following firearm in furtherance of such crime: A Bryco Arms, Model J-22, .22 caliber semi-automatic pistol, bearing serial number 1071307; all in violation of Title 18, United States Code, Section 924(c).

A TRUE BILL

_____
FOREPERSON

_____
THOMAS M. DALY
Assistant United States Attorney

_____
RANDY G. MASSEY
Acting United States Attorney

Recommended Bond: Detention