## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) NO.95-CR-30196 -WDS |
| SAMUEL R. HOGSETT, Jr., | ) ) ) |
| Defendant. | ) |

### ORDER

**STIEHL, District Judge:**

This matter is before the Court for docket control. The defendant has filed several motions in his criminal action directed to his civil habeas action, *Hogsett v. United States,* 10-CV-10-WDS. The Court has appointed counsel in that habeas action, and has granted leave to counsel to file an amended 2255 petition on or before January 19, 2011. Accordingly, the Court **DENIES,** as moot, the following motions:

Motion for appointment of counsel (Doc. 144);
Motion to supplement motion for appointment of counsel (Doc. 145);
Motion to proceed in forma pauperis (Doc. 147);
Motion to appoint counsel (Doc. 148);
Motion to appoint counsel (Doc. 150);
Motion for extension of time to file (Doc. 151).

The Court notes that in light of the fact that the defendant is now represented in his habeas action, as well as in the motion pending for retroactive application pursuant to 18 U.S.C. § 3582 (*See* Order appointing the office of the Federal Public Defender, Doc. 143), defendant may not file pro se pleadings in either this action or his civil habeas action. All pleadings should be filed by appointed counsel.

**IT IS SO ORDERED**

**DATE:  19 November, 2010**

                                      **/s/  WILLIAM D. STIEHL**
                                          **DISTRICT JUDGE**